**ALEKXIA TORRES STALLINGS**
SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
EARL MARCUS BYERS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:91-CR-00176 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |
| vs. | |
| EARL MARCUS BYERS, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EARL MARCUS BYERS, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requesting that the sentencing hearing currently set for Monday, May 20, 2019, be continued to Monday, June 3, 2019.

I have been informed that AUSA Scott is out of town and will be unable to proceed with this matter on Monday, May 20, 2019. I have spoken to AUSA Angela Scott and she has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: 5/16/19                                               */s/ Alekxia Torres Stallings*
                                                              ALEKXIA TORRES STALLINGS
                                                              Attorney for Defendant
                                                             EARL MARCUS BYERS

DATED: 5/16/19                                               */s/Angela Scott*
                                                             ANGELS SCOTT
                                                             Assistant U.S. Attorney

## ORDER

**T**he sentencing is continued to June 3, 2019.

IT IS SO ORDERED.

    Dated:   **May 16, 2019**                         /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE